

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-7-2007

# Arnold v. Comm of PA Transp

Precedential or Non-Precedential: Precedential

Docket No. 05-5037

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Arnold v. Comm of PA Transp" (2007). *2007 Decisions.* Paper 1393.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1393

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

March 2, 2007

Nos. 05-5037 & 05-5227

AUGUST W. ARNOLD

v.

COMMONWEALTH OF PENNSYLVANIA, et al

Michael Baker Corporation, Appellant in 05-5037

Tribune Review Publishing Company, Intervenor/Appellant in 05-5227

( **D. C.** No.03-cv-638 )

PRESENT:   SMITH, ROTH, Circuit Judges and YOHN*, District Judge

Letter Motion by Tribune Review Publishing, Intervenor/Appellant in No. 05-5227
to Motion to Amend the Opinion.


Carolyn Hicks, Case Manager
267-299-4926

Answer due 3/12/07.

*Hon. William H. Yohn Jr., United States District Court for the Eastern District of Pennsylvanina.

**O R D E R**

**The foregoing** Letter Motion by Tribune Review Publishing, Intervenor/Appellant in No. 05-5227
to Motion to Amend the Opinion is GRANTED.  Because the names of counsel were inadvertently switched, it
is further ORDERED that the Opinion filed February 20, 2007  shall be AMENDED as follows:

The designation of counsel for the parties shall be amended as follows:

*Counsel for Appellant/Cross Appellee* is :

Kim M. Watterson (Argued)
Efrem M. Grail
Joseph F. Rodkey, Jr.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

1

*Counsel for Appellee/Cross Appellant* is:

> Ronald D. Barber (Argued)
> H. Yale Gutnick
> Strassburger McKenna Gutnick & Potter, P.C.
> Four Gateway Center, Suite 2200
> 444 Liberty Avenue
> Pittsburgh, PA 15222

**By the Court,**

 /s/ D. Brooks Smith
**Circuit Judge**

**Dated:** March 7, 2006

CH/cc: Ronald D. Barber, Esq.
      Efrem M. Grail, Esq.
      Kim M. Watterson, Esq.